WALTER GOLEMBESKI ET AL. *v.* METICHEWAN
GRANGE NO. 190 ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 20 Conn. App. 699, is denied.

*James K. Smith,* in support of the petition.

*Anthony M. Fitzgerald,* in opposition.

Decided March 28, 1990

MARION WALLACE *v.* COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 20 Conn. App. 813, is denied.

*Marion Wallace,* pro se, in support of the petition.

Decided March 28, 1990

NORMAN DEAN *v.* ALEX FILIPOWICH ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 20 Conn. App. 825, is denied.

*Margaret G. Dean,* in support of the petition.

*John W. Colleran,* in opposition.

Decided March 28, 1990

RONALD TUTSKY *v.* YMCA OF GREENWICH ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 21 Conn. App. 806, is denied.

*Lawrence E. Larson,* in support of the petition.

*Thomas A. Mulligan,* in opposition.

Decided March 28, 1990